IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARIE WEIR,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-532-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the defendant Carolyn W. Colvin, Commissioner of Social Security, and dismissing plaintiff's appeal.

| | |
|---|---|
| s/ V. Olmo, Deputy Clerk | 8/01/2016 |
| Peter Oppeneer, Clerk of Court | Date |